| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Chris Carson, Esq., SBN 280048 |
|   | Dennis Price, Esq., SBN 279082 |
| 3 | Amanda Seabock, Esq., SBN 289900 |
|   | Mail: PO Box 262490 |
| 4 | San Diego, CA 92196-2490 |
|   | Delivery: 9845 Erma Road, Suite 300 |
| 5 | San Diego, CA 92131 |
| 6 | (858) 375-7385; (888) 422-5191 fax |
|   | phylg@potterhandy.com |
| 7 | Attorneys for Plaintiff |

WILLIAM PATRICK KELLEY, SR.
(SBN:104581)
pat@wpkelleysr.com
LAW OFFICES OF W. PATRICK KELLEY, SR.
At Oso Boots Corner,
230 S. Shepherd Street, Suite F
Sonora, CA 95370
Telephone: (209)588-0622
Facsimile: (844)270-4589
Attorneys for Defendants
Lombard Hotel Group and AASHIK, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case No.: 3:18-CV-02786-JCS |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |
| v. | |
| LOMBARD HOTEL GROUP, a California General Partnership; AASHIK, INC., a California Corporation; and Does 1-10, | |
| Defendants, | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 19, 2019  CENTER FOR DISABILITY ACCESS

By: /s/Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: May 19, 2019  LAW OFFICES OF W. PATRICK KELLEY, SR.

By: /s/William Patrick Kelley, Sr.
William Patrick Kelley, Sr.
Attorneys for Defendants
Lombard Hotel Group and AASHIK, Inc.

Dated; May 21, 2019



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to William Patrick Kelley, Sr., counsel of Lombard Hotel Group and AASHIK, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 19, 2019  CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Lockhart Seabock
      Amanda Lockhart Seabock
      Attorneys for Plaintiff